# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO.: 5:04CR19

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff ) <br> vs. ) <br> ) <br> BILLY RAY HAMBY, JOSE DE JESUS ) <br> ARRELLANO-RAMIREZ, MIGUEL ) <br> SANCHEZ-RODRIGUEZ; JUAN ) <br> RODRIQUEZ-MARTINEZ and OSCAR ) <br> RIOS TIZNADO, ) <br>     Defendants. ) <br> ) <br> ) | **ORDER AUTHORIZING** <br> **TRANSLATION SERVICES** |

Before the Court is Defendant Jose De Jesus Arrellano-Ramirez' motion for an order authorizing translation services in this case, filed April 19, 2005. Because a similar motion was granted in June 2004, the motion shall be denied as moot.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Defendant's Motion for Authorization of Translation Services, shall be and hereby is **DENIED** as moot.

**Signed: May 12, 2005**

David C. Keesler
United States Magistrate Judge